# State of Florida
## Department of State

I certify from the records of this office that PARKER CONSULTING SERVICES, INC. is a corporation organized under the laws of the State of Florida, filed on January 20, 1999.

The document number of this corporation is P99000005730.

I further certify that said corporation has paid all fees due this office through December 31, 2019, that its most recent annual report/uniform business report was filed on April 15, 2019, and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirteenth day of February, 2020*





Secretary of State

**Tracking Number: 2337387252CU**

**To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.**

**https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication**

EXHIBIT B