Raziye Andican, Esq.
**SMITH, CURRIE & HANCOCK LLP**
1950 Old Gallows Road, Suite 750
Tysons, Virginia 22182
Telephone: 703.506.1990
Facsimile:  703.506.1140
randican@smithcurrie.com
*Attorney for Defendants Matthew Parker*
*and Parker Consulting Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAKET CHAUDHARI AND SATYENDRA CHAUDHARI<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MATTHEW PARKER, PARKER CONSULTING SERVICES, INC., AND JOHN DOES (1-10) (representing unknown liable defendants)<br><br>　　　　Defendants. | Hon._____<br><br>Case No. 2:20-cv-01609<br><br>*Civil Action*<br><br>**APPLICATION FOR EXTENSION OF TIME PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Pursuant to Local Civil Rule 6.1, Defendants Matthew Parker and Parker Consulting Services, Inc. (collectively "Defendants") hereby make an application for a Clerk's Order extending by fourteen (14) days the time within which Defendants may answer, move, or otherwise reply to the Complaint filed by Plaintiffs herein.  In support of this application, Defendants state:

　　1.　　No previous extension has been obtained.

　　2.　　Defendants' Counsel received a copy of the filed Complaint from Defendants on or about January 16, 2020.

　　3.　　Defendants removed this matter on February 14, 2020.

2

4. Defendants' time to answer, move, or otherwise reply expires seven (7) days after the date of removal, on February 21, 2020. *See* F.R.C.P. 81(c)(2).

5. With an automatic Local Civil Rule 6.1(b) extension, Defendants' deadline to answer, move, or otherwise reply is extended to March 6, 2020.

                                      Respectfully submitted,

                                      **SMITH, CURRIE & HANCOCK LLP**
                                      *Attorney for Defendants Matthew Parker and Parker Consulting Services, Inc.*

Dated:  February 14, 2020          By:    */s/ Raziye Andican*
                                                        Raziye Andican, Esq.

## **ORDER**

The foregoing application is GRANTED and the time within which Defendants may answer, move, or otherwise reply to the Complaint is extended for an additional 14 days, up to and including March 6, 2020.

By: _____

Dated: _____, 2020