Shay Deshpande, Esq.
**Franzblau Dratch, P.C.**
354 Eisenhower Parkway, Plaza One
Livingston, New Jersey 07039
Tel: (973) 992-3700
Email: sdeshpande@njcounsel.com
*Attorneys for Plaintiffs Saket Chaudhari*
*and Satyendra Chaudhari*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAKET CHAUDHARI and<br>SATYENDRA CHAUDHARI,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PARKER,<br>PARKER CONSULTING SERVICES, INC.,<br>and JOHN DOES (1-10) (representing unknown liable defendants),<br><br>Defendants. | Case No. 2:20-cv-01609-CCC-MF<br><br>*Civil Action*<br><br>**APPLICATION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7.1(d)(5)** |

Pursuant to Local Civil Rule 7.1(d)(5), plaintiffs Saket Chaudhari and Satyendra Chaudhari (collectively, "Plaintiffs") hereby make an application for a Clerk's Order for adjourning the motion day of the Motion to Dismiss of Defendants Matthew Parker and Parker Consulting Services, Inc. (collectively, "Defendants") (ECF Dkt. #4) currently set for April 6, 2020 to April 20, 2020, which is the next available motion day. In support of this application, Plaintiffs state further that:

      1.    No previous extension has been obtained.

2. This application has been submitted before the time when Plaintiffs' opposition or response to Defendants' motion would be otherwise due (March 23, 2020).

                                        Respectfully submitted,

                                        **FRANZBLAU DRATCH, P.C.**
                                        *Attorneys for Plaintiffs Saket Chaudhari*
                                        *and Satyendra Chaudhari*

Dated: March 19, 2020        By:   /s/ Shay Deshpande
                                                  Shay Deshpande, Esq.