# Franzblau Dratch, P.C.

S.M. Chris Franzblau
Stephen N. Dratch*
Julian Wilsey
Brian M. Dratch*
Shay Shailesh Deshpande*

Attorneys At Law
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

OF COUNSEL
Richard E. Mischel*
Allen B Pearl
Sanford F. Young*
Adam D. Dratch*

\* NJ & NY BAR

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office

Main Office (973) 992-3700
Telecopier (973) 992-7945 or (973) 994-0130

email: SDRATCH@njcounsel.com

Writer's Direct Dial: (973) 533-7212

March 20, 2020

**VIA ECF**
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King/Federal Building
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: Chaudhari v Parker
    Case No. 2:20-cv-01609

Dear Judge Cecchi:

  This office represents the plaintiff Saket Chaudhari in the above matter. Presently pending is a motion to dismiss.

  I am respectfully requesting that the motion be returnable on April 20, 2020 and that plaintiff's opposition will be filed by April 6, 2020 and the defendant's reply by April 13, 2020.

  I have the consent of my adversary for this request.

          Respectfully yours,

          Stephen N. Dratch

SND:cat
cc: All Counsel via ECF

00193101 - 1