Raziye Andican, Esq.
**SMITH, CURRIE & HANCOCK LLP**
1950 Old Gallows Road, Suite 750
Tysons, Virginia 22182
Telephone: (703) 506-1990
Facsimile:  (703) 506-1140
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAKET CHAUDHARI AND SATYENDRA CHAUDHARI<br><br>        Plaintiffs,<br><br>v.<br><br>MATTHEW PARKER,<br>PARKER CONSULTING SERVICES, INC., AND JOHN DOES (1-10) (representing unknown liable defendants)<br><br>        Defendants. | Case No. 2:20-cv-01609-CCC-MF<br><br>*Civil Action*<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE Defendants Matthew Parker and Parker Consulting Services, Inc. (collectively "Defendants") will move the Honorable Claire C. Cecchi, U.S.D.J. on July 6, 2020 for an Order dismissing Plaintiffs' Amended Complaint.

In support of the motion, Defendants respectfully refers this Court to the accompanying Memorandum of Law. A proposed form of Order is also provided.

                    Respectfully submitted,

                    **SMITH, CURRIE & HANCOCK LLP**

                    *s/ Raziye Andican*
                    Raziye Andican, Esq.
                    1950 Old Gallows Road, Suite 750
                    Tysons, Virginia 22182
                    Telephone: 703-506-1990
                    Facsimile: 703-506-1140
                    Email: randican@smithcurrie.com
                    *Attorneys for Matthew Parker and Parker Consulting Services, Inc.*

Dated: June 4, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, a copy of the foregoing Motion to Dismiss was filed electronically through the Court's electronic system upon:

Stephen N. Dratch
Franzblau Dratch
A Professional Corporation
Plaza I
354 Eisenhower Parkway
Livingston, New Jersey 07039
sdratch@njcounsel.com

                                      *s/ Raziye Andican*
                                      Raziye Andican, Esq.
                                      SMITH, CURRIE & HANCOCK LLP
                                      1950 Old Gallows Road, Suite 750
                                      Tysons, Virginia 22182
                                      Telephone: 703-506-1990
                                      Facsimile: 703-506-1140
                                      Email: randican@smithcurrie.com

Dated: June 4, 2020