Filing # 80837624 E-Filed 11/15/2018 11:04:01 AM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR JEFFERSON COUNTY, FLORIDA

J.D. JAMES, INC. D/B/A
NATURE BRIDGES,

CASE NO.: 17000162CA

    Plaintiff/Counter-Defendant,

v.

SAKET CHAUDHARI,

    Defendant/Counter-Plaintiff.

_____/

### FINAL JUDGMENT

In accordance with the Verdict entered by the jury in this cause on November 2, 2018, it is hereby ordered and adjudged:

J.D. James, Inc. d/b/a Nature Bridges, 1586 Seven Bridges Road, Monticello, FL 32344, shall recover from Saket Chaudhari, 54 Corey Road, Flanders, NJ 07836 (SS# not known), the principal sum of $7,500.00, plus prejudgment interest thereon at the rate of 4.75% per annum, from October 17, 2014, the due date of Nature Bridges' invoice and the date of loss, through November 5, 2018, in the amount of $1,439.64, for a total judgment of $8,939.64 which shall bear interest at the statutory rate, currently set at 6.09% per annum, from the date of this judgment until paid, for all of which sum let execution issue forthwith.

In accordance with the Court's granting of the *ore tenus* motion of Plaintiff/Counter-Defendant Nature Bridges for a directed verdict pursuant to Rule 1.480 at the close of Defendant/Counter-Plaintiff Saket Chaudhari's case, it is hereby ordered and adjudged:

There being no question of fact to submit to the jury on Defendant/Counter-Plaintiff Saket Chaudhari's counterclaim, and it being that any verdict other than the one directed would be erroneous as a matter of law, and for the additional reasons set forth on the record in open court

Electronically Filed Jefferson Case #: 17000162CAAXMX 11/15/2018 11:04:01 AM

E-FILED

CERTIFIED TRUE AND CORRECT COPY
KIRK B. REAMS
CLERK OF CIRCUIT COURT
JEFFERSON COUNTY FLORIDA
BY _____ DC
9/10/19

**EXHIBIT B**

on November 1, 2018, the Court granted Plaintiff/Counter-Defendant Nature Bridges' motion for directed verdict following the close of evidence in Defendant/Counter-Plaintiff's Counterclaim. Accordingly, Defendant/Counter-Plaintiff Saket Chaudhari shall take nothing from his Counterclaim in this action and Plaintiff/Counter-Defendant Nature Bridges shall go hence without day.

The Court determines Plaintiff/Counter-Defendant Nature Bridges to be the prevailing party in this action and reserves jurisdiction to consider a motion for attorneys' fees and costs in accordance with Florida Rule of Civil Procedure 1.525.

DONE and ORDERED in Chambers at Jefferson County Courthouse, in Monticello, Jefferson County, Florida, this _15_ day of November, 2018.

DAWN CALOCA-JOHNSON
CIRCUIT JUDGE

Copy furnished by e-service to:

S. Elysha Luken, Counsel for Plaintiff
seluken@smithcurrie.com
jfrometa@smithcurrie.com

Robert A. Harper, III, Counsel for Defendant
gus@harperlawyer.com
jesusg@harperlawyer.com