Raziye Andican, Esq.
**SMITH, CURRIE & HANCOCK LLP**
1950 Old Gallows Road, Suite 750
Tysons, Virginia 22182
Telephone: (703) 506-1990
Facsimile:  (703) 506-1140
Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAKET CHAUDHARI AND SATYENDRA CHAUDHARI<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PARKER,<br>PARKER CONSULTING SERVICES, INC., AND JOHN DOES (1-10) (representing unknown liable defendants)<br><br>    Defendants. | Case No. 2:20-cv-01609-CCC-MF<br><br>*Civil Action*<br><br>**ORDER**<br><br>Document Filed Electronically |

WHEREAS, defendants Matthew Parker and Parker Consulting Services, Inc. having moved pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Plaintiffs' Amended Complaint;

AND THE COURT, having reviewed the papers submitted by the parties herein and having considered argument of counsel; if any, and for good cause having been shown:

It is on this _____ day of _____, 2020

**ORDERED THAT**:

1.   Defendants Matthew Parker and Parker Consulting Services, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint for the reasons stated in their Motion to Dismiss is hereby granted and Plaintiff's Amended Complaint is dismissed against Defendants Matthew Parker and Parker Consulting Services, Inc. with prejudice.

2.     The Clerk is ordered to remove this case from the docket.

                                              _____
                                              THE HONORABLE CLAIRE C. CECCHI
                                              UNITED STATES DISTRICT COURT JUDGE