**DISTRICT COURT OF APPEAL, FIRST DISTRICT**
2000 Drayton Drive
Tallahassee, Florida 32399-0950
Telephone No. (850)488-6151

August 26, 2019

**CASE NO.: 1D18-5171**
L.T. No.: 2017-CA-0162

Saket Chaudhari                v.                J.D. James, Inc. D/B/A Nature Bridges

Appellant / Petitioner(s),                       Appellee / Respondent(s)

**BY ORDER OF THE COURT:**

Appeal dismissed pursuant to Florida Rule of Appellate Procedure 9.350(b).

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

S. Elysha Luken           Alex Joseph Sabo
Saket Chaudhari
Hon. Kirk Reams, Clerk

ms

KRISTINA SAMUELS, CLERK

