**\*\*NOT FOR PUBLICATION\*\***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAKET CHAUDHARI, *et al.*, | Civil Action No.: 20-1609 (CCC) |
| Plaintiffs, | **ORDER** |
| v. | |
| MATTHEW PARKER, *et al.*, | |
| Defendants. | |

**CECCHI, District Judge.**

This matter comes before the Court on the motion to dismiss filed by Matthew Parker ("Parker") and Parker Consulting Services, Inc. ("Parker Consulting", together with Parker, "Defendants"). ECF No. 9. Plaintiffs Saket Chaudhari ("Saket") and Satyendra Chaudhari ("Satyendra", together with Saket, "Plaintiffs") filed a brief in opposition (ECF No. 10) and Defendants replied in support of their motion (ECF No. 11). For the reasons set forth in the accompanying Opinion:

**IT IS** on this 29th day of January, 2021:

**ORDERED** that Defendants' motion to dismiss (ECF No. 9) is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint (ECF No. 8) is **DISMISSED**; and it is finally

**ORDERED** that the Clerk of the Court shall mark this matter **CLOSED**.

**SO ORDERED.**

                                                               **CLAIRE C. CECCHI, U.S.D.J.**