UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAKET CHAUDHARI and SATYENDRA CHAUDHARI<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PARKER, PARKER CONSULTING SERVICES, INC. and JOHN DOES (1-10) (representing unknown liable defendants)<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 2:20-cv-01609-CCC-MF<br><br>*Civil Action* |

Notice is hereby given that the plaintiffs in the above-captioned action, Saket Chaudhari and Satyendra Chaudhari (collectively, "Plaintiffs"), appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered on January 29, 2021, granting the motion to dismiss of defendants Matthew Parker and Parker Consulting Services, Inc., for the reasons stated in the opinion and order by United States District Judge Claire C. Cecchi, dated January 29, 2021. Plaintiffs, through their undersigned counsel, appeal from each and every part of the District Court's order.

Dated: February 16, 2021

                                    FRANZBLAU DRATCH, P.C.

                                    /s/  Stephen N. Dratch
                                    Stephen N. Dratch
                                    354 Eisenhower Parkway
                                    Livingston, New Jersey 07039
                                    (973) 992-3700
                                    *Attorneys for Plaintiffs*

{00221006 - 1}