Raziye Andican, Esq.
**SMITH, CURRIE & HANCOCK LLP**
1950 Old Gallows Road, Suite 750
Tysons, Virginia 22182
Telephone: (703) 506-1990
Facsimile:  (703) 506-1140

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAKET CHAUDHARI AND SATYENDRA CHAUDHARI<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MATTHEW PARKER,<br>PARKER CONSULTING SERVICES, INC., AND JOHN DOES (1-10) (representing unknown liable defendants)<br><br>　　　　Defendants. | Case No. 2:20-cv-01609-CCC-MF<br><br>*Civil Action*<br><br>**WITHDRAWAL OF COUNSEL** |

　　　Please withdraw and strike the appearance of Raziye Andican, as counsel for Defendants Matthew Parker and Parker Consulting Services, Inc. in the above-captioned matter. The undersigned counsel will be leaving the law firm and wanted to notify this Honorable Court given the pending appeal in the U.S. Court of Appeals for the Third Circuit.

2

                          Respectfully submitted,

                          **SMITH, CURRIE & HANCOCK LLP**

                          *s/ Raziye Andican*
                          Raziye Andican, Esq.
                          1950 Old Gallows Road, Suite 750
                          Tysons, Virginia 22182
                          Telephone: 703-506-1990
                          Facsimile: 703-506-1140
                          Email: randican@smithcurrie.com
                          *Attorneys for Matthew Parker and Parker Consulting Services, Inc.*

Dated: June 2, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, a copy of the foregoing Notice of Withdrawal was filed electronically through the Court's electronic system upon:

Stephen N. Dratch
Franzblau Dratch
A Professional Corporation
Plaza I
354 Eisenhower Parkway
Livingston, New Jersey 07039
sdratch@njcounsel.com

*s/ Raziye Andican*
Raziye Andican, Esq.
SMITH, CURRIE & HANCOCK LLP
1950 Old Gallows Road, Suite 750
Tysons, Virginia 22182
Telephone: 703-506-1990
Facsimile: 703-506-1140
Email: randican@smithcurrie.com

Dated: June 2, 2021