# The Dratch Law Firm P.C.

Stephen N. Dratch*
Julian Wilsey
Brian M. Dratch*

OF COUNSEL
Richard E. Mischel*
Adam D. Dratch*

* NJ & NY BAR

Attorneys At Law
Plaza Two
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office

Main Office (973) 992-3700
Telecopier(973) 992-7945

email: SDRATCH@njcounsel.com

Writer's Direct Dial: (973) 533-7212

September 2, 2022

**VIA ECF**
Hononorable Claire C. Cecchi, U.S.D.J.
Martin Luther King/Federal Building
U.S. Courthouse, 50 Walnut Street
Newark, NJ 07102

      Re:   Chaudhauri, et al. v. Parker, et al.
            Case No.: 2:20-cv-01609-CCC-MF

Dear Judge Cecchi:

    This office represent the plaintiffs.  Presently pending before the Court is the application of Smith, Curie & Hancock, LLP to withdraw as counsel for the defendants.  The plaintiffs do not have any objection with regard to the application, however, plaintiffs would like the following additional provisions put into the Order.  Specifically, if the defendant Matthew Parker does not retain counsel withing thirty days from the date of the Order then he will be considered appearing "Pro Se".  Likewise, if the defendant, Matthew Parker's corporation does not retain counsel within thirty days then a default will be entered against said corporation since a corporation cannot represent itself.

00268324 - 1

The Dratch Law Firm, P.C.

Hononorable Claire C. Cecchi, U.S.D.J.
September 2, 2022
Page 2


     Accordingly I am respectfully requesting that said provisions be put in the Order regarding the application for withdrawal.

Respectfully yours,

(STEPHEN N. DRATCH

SND:ni

cc:    Raziye Andican, Esq.

00268324 - 1