NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAKET CHAUDARI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PARKER, *et al.*, <br><br> Defendants. | Civil Action No. 20-1609 <br><br> **ORDER** |

**CECCHI, District Judge.**

    **WHEREAS,** on August 23, 2022, the United States Court of Appeals for the Third Circuit issued a certified judgment in lieu of a formal mandate, ordering, and adjudging that the order of the District Court entered on January 29, 2021 (ECF No. 13) be vacated and the case remanded for further consideration consistent with its instructions;

    **IT IS** therefore on this 4th day of October, 2022,

    **ORDERED** that the Court's Order of January 29, 2021 granting Defendants' motion to dismiss and dismissing the Amended Complaint (ECF No. 13) is hereby **VACATED**; it is further

    **ORDERED** that Defendants' motion to dismiss (ECF No. 9) is **DENIED** without prejudice to renew in the form of a motion for summary judgment pursuant to Fed. R. Civ. P. 56; and it is further

    **ORDERED** that the above-captioned matter be **REOPENED** for further proceedings.

    **IT IS SO ORDERED.**

                                                            *s/ Claire C. Cecchi*
                                                     **CLAIRE C. CECCHI, U.S.D.J.**