UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Chambers of<br>**Jessica S. Allen**<br>United States Magistrate Judge | Martin Luther King, Jr. Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102<br>(973) 645-2580 |

October 18, 2022

**<u>LETTER ORDER</u>**

To:   Plaintiffs' Counsel (via ECF)
      Defense Counsel Raziye Andican, Esq. (via ECF)
      Defense Counsel Smith, Currie & Hancock LLP (by Regular U.S. Mail)

Re:   **Chaudhari, *et al.* v. Parker, *et al.*,
      <u>Civil Action No. 20-1609 (CCC) (JSA)</u>**

Dear Counsel:

    Before this Court is the amended motion filed by defense attorneys Raziye Andican and the law firm of Smith, Currie & Hancock LLP, (ECF No. 20), seeking to withdraw as counsel for Defendants Matthew Parker and Parker Consulting Services, Inc. ("Defendants").  Please be advised that oral argument by telephone is scheduled for **November 2, 2022 at 1:15 p.m.**  The Court will provide the parties with the conference call information in advance.  Defense counsel Raziye Andican is directed to serve copy of this Order on Defendants.  The Clerk of the Court is directed to send a copy of this Order to the law firm of Smith, Currie & Hancock LLP, 11921 Gallows Road, Suite 850, Tysons, VA 22182 by regular U.S. Mail.

    **SO ORDERED**.

                                        *s/ Jessica S. Allen*
                                        **HON. JESSICA S. ALLEN
                                        United States Magistrate Judge**

cc:   Hon. Claire C. Cecchi, U.S.D.J.