December 7, 2022

Honorable Jessica S. Allen
United States Magistrate Judge
Newark Federal Court
50 Walnut Street
Newark, NJ 07102

Re: Saket Chaudhari and Satyendra Chaudhari v. Matthew Parker, Parker Consulting Services, Inc. and John Does (1-10) (representing unknown liable defendants);
United States District Court, District of New Jersey Case No. 2:20-cv-01609-CCC-MF

Dear Judge Allen,

We received a notice for Motion to Withdraw Granted where Raziye Andican of Smith, Currie & Hancock, LLP removed herself as our counsel. Ms. Andican no longer works at Smith Currie and is now a corporate attorney and unable to continue with our case. Currently, we are without counsel and are requesting a 90-day extension to the December 17th deadline to obtain a new attorney.

We are in Tallahassee, Florida and have no connections in New Jersey. Our professional liability insurance company has denied our request to support us in this litigation since we never had a contract with Mr. Saket, he was never a client, and we never directly provided him services. Our client was Nature Bridges who Mr. Saket unsuccessfully sued years ago and has now brought this action against us.

We respectfully request this extension so we may secure suitable counsel.

Thank You,

Matthew Parker, P.E.