# The Dratch Law Firm, P.C.

Attorneys At Law
354 Eisenhower Parkway
Plaza Two
P.O. Box 472
Livingston, New Jersey 07039-0472

Stephen N. Dratch*
Julian Wilsey
Brian M. Dratch*

Of Counsel
Richard E. Mischel*
Adam D. Dratch*

* NJ & NY BAR

New York Office
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE: www.njcounsel.com

Main Office (973) 992-3700
Telecopier (973) 992-7945

Writer's email: SDRATCH@njcounsel.com
Writer's Direct Dial: (973) 533-7212

December 9, 2022

*Via E-File*

Honorable Jessica A. Allen, USMJ
US District Court of New Jersey
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Chaudhari, et al. v. Parker, et al.
      Case No.: 2:20-cv-01609-CCC-JSA

Dear Judge Allen:

I am counsel to plaintiffs Saket and Satyendra Chaudhari (collectively, "Plaintiffs") in the above-referenced action. I have reviewed the request from defendants Matthew Parker and Parker Consulting Services, Inc. ("Defendants") for a ninety (90) day "extension" to obtain counsel. (ECF Doc. 26). I have no objection to the Court granting Defendants additional time to procure counsel on whatever terms the Court deems reasonable.

Respectfully submitted,

Stephen N. Dratch

SND:dl

cc:   Matthew Parker and Parker Consulting Services, Inc.

00275171 - 1