

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>RM | B. Date of Delivery<br>1/23 |
| | C. Signature<br>X *[signature]* | ☑ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Matthew Parker<br>c/o Parker Consulting Services Inc.<br>3849 B Killearn Center Court<br>Tallahassee, FL 32309 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>■ Certified Mail ☐ Express Mail<br>☐ Registered ■ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article  7018 1830 0000 9605 5555 | | |

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952