# EXHIBIT B

Filing # 80837624 E-Filed 11/15/2018 11:04:01 AM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR JEFFERSON COUNTY, FLORIDA

J.D. JAMES, INC. D/B/A
NATURE BRIDGES,

CASE NO.: 17000162CA

    Plaintiff/Counter-Defendant,

v.

SAKET CHAUDHARI,

    Defendant/Counter-Plaintiff.

_____/

## FINAL JUDGMENT

In accordance with the Verdict entered by the jury in this cause on November 2, 2018, it is hereby ordered and adjudged:

J.D. James, Inc. d/b/a Nature Bridges, 1586 Seven Bridges Road, Monticello, FL 32344, shall recover from Saket Chaudhari, 54 Corey Road, Flanders, NJ 07836 (SS# not known), the principal sum of $7,500.00, plus prejudgment interest thereon at the rate of 4.75% per annum, from October 17, 2014, the due date of Nature Bridges' invoice and the date of loss, through November 5, 2018, in the amount of $1,439.64, for a total judgment of $8,939.64 which shall bear interest at the statutory rate, currently set at 6.09% per annum, from the date of this judgment until paid, for all of which sum let execution issue forthwith.

In accordance with the Court's granting of the *ore tenus* motion of Plaintiff/Counter-Defendant Nature Bridges for a directed verdict pursuant to Rule 1.480 at the close of Defendant/Counter-Plaintiff Saket Chaudhari's case, it is hereby ordered and adjudged:

There being no question of fact to submit to the jury on Defendant/Counter-Plaintiff Saket Chaudhari's counterclaim, and it being that any verdict other than the one directed would be erroneous as a matter of law, and for the additional reasons set forth on the record in open court

Electronically Filed Jefferson Case #: 17000162CAAXMX 11/15/2018 11:04:01 AM
E-FILED
CERTIFIED TRUE AND CORRECT COPY
KIRK B. REAMS
CLERK OF CIRCUIT COURT
JEFFERSON COUNTY, FLORIDA
BY _____ 9/10/19

EXHIBIT B

on November 1, 2018, the Court granted Plaintiff/Counter-Defendant Nature Bridges' motion for directed verdict following the close of evidence in Defendant/Counter-Plaintiff's Counterclaim. Accordingly, Defendant/Counter-Plaintiff Saket Chaudhari shall take nothing from his Counterclaim in this action and Plaintiff/Counter-Defendant Nature Bridges shall go hence without day.

The Court determines Plaintiff/Counter-Defendant Nature Bridges to be the prevailing party in this action and reserves jurisdiction to consider a motion for attorneys' fees and costs in accordance with Florida Rule of Civil Procedure 1.525.

DONE and ORDERED in Chambers at Jefferson County Courthouse, in Monticello, Jefferson County, Florida, this 15 day of November, 2018.

DAWN CALOCA-JOHNSON
CIRCUIT JUDGE

Copy furnished by e-service to:

S. Elysha Luken, Counsel for Plaintiff
seluken@smithcurrie.com
jfrometa@smithcurrie.com

Robert A. Harper, III, Counsel for Defendant
gus@harperlawyer.com
jesusg@harperlawyer.com