# EXHIBIT G

# DISTRICT COURT OF APPEAL, FIRST DISTRICT
2000 Drayton Drive
Tallahassee, Florida 32399-0950
Telephone No. (850)488-6151

August 26, 2019

**CASE NO.**: 1D18-5171
L.T. No.: 2017-CA-0162

| | | |
|---|---|---|
| Saket Chaudhari | v. | J.D. James, Inc. D/B/A Nature Bridges |
| Appellant / Petitioner(s), | | Appellee / Respondent(s) |

**BY ORDER OF THE COURT:**

Appeal dismissed pursuant to Florida Rule of Appellate Procedure 9.350(b).

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

S. Elysha Luken          Alex Joseph Sabo
Saket Chaudhari
Hon. Kirk Reams, Clerk

ms

KRISTINA SAMUELS, CLERK

